# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED OCTOBER 27, 2017

---

## NO. 03-17-00016-CV

---

## In the interest of C. Z. H.-O. and C. N. H.-O.

---

**APPEAL FROM THE 207TH DISTRICT COURT OF HAYS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND GOODWIN
AFFIRMED IN PART; REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE GOODWIN**

---

This is an appeal from the judgment signed by the trial court on February 3, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. The Court reverses the portion of the trial court's judgment that appoints Nellie Quinonez Reese managing conservator, appoints David Zachariah Hernandez and Dulce Olivia Ocampo-Aguirre possessory conservators, and sets out the rights and duties of the respective conservators and remands the case to the trial court for further proceedings consistent with the Court's opinion. The Court affirms the remainder of the judgment in all other respects. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.